# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**EARL CRUMPE,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**TD BANK, N.A.,**
*Defendant*

CASE NUMBER: **1:25-CV-01566-RMB-SAK**

TO: *(Name and address of Defendant):*

> TD BANK, N.A.,
> c/o United States Corporate Service Company, Registered Agent
> 1201 Hays Street
> Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Neil Grossman, Esq.
> Bronstein, Gewirtz & Grossman, LLC
> 40 Calumet Avenue
> Lake Hiawatha, NJ 07034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
**Clerk of Court**



ISSUED ON 2025-03-03 15:41:12, Clerk
USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
_____; or

☐ Returned unexecuted: _____
_____
_____; or

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____    _____
                        Date                              *Signature of Server*

                                        _____
                                        *Address of Server*

## AFFIDAVIT OF SERVICE

State of

Case Number: 1 25 CV 01566 RMB SAK

County of

Plaintiff:
**EARL CRUMPE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**


GTS0000090532

vs.

Defendant:
**TD BANK, N.A.**

For:
NEIL GROSSMAN

Received by JAMES J. KADY on the 5th day of March, 2025 at 2:47 pm to be served on **TD BANK, N.A. C/O UNITED STATES CORPORATE SERVICE COMPANY, R.A., 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, JAMES J. KADY, being duly sworn, depose and say that on the **6th day of March, 2025** at **12:00 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBIT, CIVIL COVER SHEET** to: **Sheena Black** as Customer Service Associate, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 HAYS ST, TALLAHASSEE, FL 32301.** on behalf of **TD BANK, N.A. C/O UNITED STATES CORPORATE SERVICE COMPANY, R.A.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

STATE OF FLORIDA, COUNTY OF LEON

Sworn to (or affirmed) and Subscribed before me by means of [X] physical presence or [ ] online notarization on the 6th day of March, 2025 by the affiant who is personally known to me.

_Liam Gray_
PRINTED NAME

NOTARY PUBLIC

LIAM GRAY
MY COMMISSION # HH 594220
EXPIRES: December 10, 2028

JAMES J. KADY
Process Server #65

GUARANTEED SUBPOENA SERVICE
2009 MORRIS AVENUE
UNION, NJ 07083
(180) 067-2195

Our Job Serial Number: GTS-0000090532
Ref: 20250305110816

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

EARL CRUMPE,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

TD BANK, N.A.,
*Defendant*

CASE NUMBER: 1:25-CV-01566-RMB-SAK

TO: *(Name and address of Defendant):*

Served Date: MAR 0 6 2025   Time: 12:00 pm
James Kady #065
2nd Judicial Circuit

TD BANK, N.A.,
c/o United States Corporate Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Neil Grossman, Esq.
Bronstein, Gewirtz & Grossman, LLC
40 Calumet Avenue
Lake Hiawatha, NJ 07034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
**Clerk of Court**



ISSUED ON 2025-03-03 15:41:12, Clerk
USDC NJD