# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EARL CRUMPE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TD BANK, N.A.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Case No. 1:25-cv-01566<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Michael S. Zullo on behalf of Defendant, TD Bank, N.A., in the above-captioned matter.

**DUANE MORRIS LLP**

/s/*Michael S. Zullo*
Michael S. Zullo (NJ Bar #032882003)
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1178
Fax: (215) 689-4966
E-mail: MSZullo@duanemorris.com

*Attorneys for Defendant*

Dated:  March 26, 2025

DM1\16388019.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, I electronically filed the foregoing Entry of Appearance of Michael S. Zullo with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

**DUANE MORRIS** LLP

/s/*Michael S. Zullo*
Michael S. Zullo (NJ Bar #032882003)
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1178
Fax: (215) 689-4966
E-mail: mszullo@duanemorris.com

*Attorneys for Defendant*